**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| MARK J. ROTH AND MICHELLE A. ROTH, HUSBAND AND WIFE, | : | No. 460 WAL 2019 |
| | : | |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| RICHARD B. MARSHALL, BRYCE C. MARSHALL AND RICHARD B. MARSHALL, II, | : | |
| | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.